# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOLONIO CORONA, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:17-cv-01124-SAB <br><br> ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES <br><br> (ECF Nos. 2, 4) |

Plaintiff Apolonio Corona, Jr. ("Plaintiff") filed the complaint in this action on August 21, 2017, challenging the Commissioner of Social Security's denial of benefits. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The Court found that there were statements in Plaintiff's application that appeared inconsistent, and Plaintiff was ordered to file a long form application. (ECF No. 3.) Plaintiff filed a long form application on August 30, 2017. (ECF No. 4.)

The Court has reviewed the long form application and finds that it demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's application to proceed in forma pauperis is GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons; and

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: **August 31, 2017**

_____
UNITED STATES MAGISTRATE JUDGE