**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| APOLONIO CORONA, JR., | Case No.: 1:17-cv-01124-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 14) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file her response to Plaintiff's opening brief on or before June 13, 2018; and

2. Plaintiff's reply, if any, shall be filed on or before June 28, 2018.

IT IS SO ORDERED.

Dated: **May 10, 2018**

UNITED STATES MAGISTRATE JUDGE

1