# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOLONIO CORONA, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:17-cv-01124-SAB <br><br> ORDER RE CONSENT OR DECLINE MAGISTRATE JUDGE JURISDICTION <br><br> JULY 18, 2018 DEADLINE |

On August 21, 2017, Plaintiff Apolonio Corona, Jr. ("Plaintiff"), filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On September 1, 2017, initial case documents issued, including the order re consent. (ECF No. 7.) On September 18, 2017, the Commissioner consented to the jurisdiction of the magistrate judge. (ECF No. 8.)

Although the Commissioner has consented to the jurisdiction of the magistrate judge, Plaintiff did not return the form indicating whether he is willing to consent to the jurisdiction of the magistrate judge. Plaintiff is advised that he is free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences. Therefore, the Court shall direct the Clerk of the Court to send a consent or decline form to Plaintiff.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is direct to provide Plaintiff with a Consent to Assignment or Request for Reassignment form;

2. On or before July 18, 2018, Plaintiff may complete and return the Consent to Assignment or Request for Reassignment form;

3. If Plaintiff does not return the Consent to Assignment or Request for Reassignment form in compliance with this order, this action will be assigned to a district judge for issuance of findings and recommendations; and

4. Plaintiff is advised that he is free to withhold consent or decline magistrate jurisdiction without adverse substantive consequences.

IT IS SO ORDERED.

Dated: **July 12, 2018**

UNITED STATES MAGISTRATE JUDGE