# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APOLONIO CORONA, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 1:17-cv-01124-SAB <br><br> ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) <br><br> (ECF No. 22) |

Plaintiff Apolonio Corona, Jr. ("Plaintiff") filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application for disability benefits pursuant to the Social Security Act. On August 17, 2018, Plaintiff's appeal was granted and the matter was remanded for further administrative proceedings. On November 2, 2018, a stipulation for an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) was filed.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the amount of five thousand seven hundred fifty dollars ($5,750.00) under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: **November 9, 2018**

UNITED STATES MAGISTRATE JUDGE

1